**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-02177-REB-BNB

KIRSTEN ZAHN,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

**ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE AS TO THE SECOND
AND THIRD CLAIMS FOR RELIEF**

**Blackburn, J.**

The matter is before me on the **Stipulation for Partial Dismissal Without Prejudice** [#23][1] filed December 19, 2014. After reviewing the stipulation and the record, I conclude that the motion should be granted and that the Second and Third Claims for Relief should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Stipulation for Partial Dismissal Without Prejudice** [#23], is **GRANTED**; and

2. That the Second Claim for Relief (referred to as Bad Faith Breach of Contract), and the Third Claim for Relief (referred to as Statutory Violation of C.R.S. § 10-3-1115), are **DISMISSED WITHOUT PREJUDICE**.

---

[1] "[#23]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

Dated at Denver, Colorado, December 23, 2014.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge