**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-02177-REB-NYW

KIRSTEN ZAHN

      Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY

      Defendant.

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

**Blackburn, J.**

The matters before me are (1) **Plaintiff's Response to Order To Show Cause** [#46],[1] filed August 13, 2015; and (2) **Defendant American Family's Response to Order To Show Cause** [#47], filed August 13, 2015.  The responses discharge the parties' obligations under my **Order To Show Cause** [#45], filed August 12, 2015.  It is clear that the amount in controversy exceeded the statutory minimum at the time of removal, and thus that federal subject matter jurisdiction continues to exist, regardless whether plaintiff now seeks damages of less than the amount in controversy.  *See Wells v. American Family Insurance Group*, 2006 WL 561554 at *1 (D. Colo. March 3, 2006) (Blackburn, J.).

**THEREFORE, IT IS ORDERED** the **Order To Show Cause** [#45], filed August 12, 2015, is discharged.

---

[1] "[#46]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and  electronic case filing system (CM/ECF).  I use this convention throughout this order.

Dated August 14, 2015, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge